IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:03CV00892 |
| PREMPRO PRODUCTS LIABILITY | : | |
| LITIGATION | : | |
| | : | |
| | : | |
| DORIS P. LOEWEN, et al. | : | PLAINTIFFS |
| | : | |
| v. | : | |
| | : | |
| WYETH, INC., et al. | : | DEFENDANTS |

### ORDER

Pending is Plaintiffs' Motion to Compel Discovery and for Protective Order (Doc. No. 4). Defendants have responded[1] and Plaintiffs have replied.[2]

The document production process in this MDL, which was developed after much argument, briefing, and cerebrating,[3] has been in place for several years, and is effective.

Although Plaintiffs have repeatedly sought to tweak[4] -- both in front of this Court and in state courts -- the document depository and cost orders more to their liking, I believe this MDL's uniform discovery process is working as it was designed to, and I'm sticking with it.

---

[1] Doc. No. 6.

[2] Doc. No. 7.

[3] See *In re Prempro*, 4:03-CV-1507 (Doc. Nos. 90, 91, 94, 97, 98, 99, 100, 101, 102, 118, 122, 124, 135, 162, 177, 199, 207, 216, 227, 364, 787). See also the transcripts from the MDL Status Conferences held on 2/13/04, 12/10/04, 3/4/05, 6/24/05, 7/22/05, 8/19/05, 9/16/05 (addressing the issue of costs and the document depository).

[4] See *In re Prempro*, 4:03-CV-1507, Doc. No. 787 ("Frankly, I'm frustrated. We spent a tremendous amount of time hashing out the cost allocation and document depository. It now appears to me that this was a bootless effort, if Plaintiffs' counsel can obtain these documents free of charge in New Jersey or in any other state proceeding involving the same drugs.").

As I mentioned in the February 13, 2008 Letter, Plaintiffs' suggested changes would "torque our long established procedure out of shape."[5]

Accordingly, Plaintiffs' Motion to Compel Discovery and for Protective Order (Doc. No. 4) is DENIED.  However, the parties should "meet and confer" to find an agreeable date for deposing the physician -- I think it would be entirely reasonable for Plaintiffs to have time to review the sales representatives files before deposing physicians.

IT IS SO ORDERED this 25th day of March, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE

---

[5]Doc. No. 5.